UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE K., <br><br>　　　　　　　　　　Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-1952-DEB <br><br> **ORDER GRANTING JOINT MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** <br><br> **[DKT. NO. 13]** |

　　　Before the Court is the parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. Dkt. No. 13. The Court GRANTS the Motion and remands the matter to the agency for further administrative proceedings. Upon remand, the agency will vacate the Administrative Law Judge's ("ALJ") decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.

//
//
//
//
//

1    The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and
2    against Defendant, reversing the final decision of the Commissioner.
3    **IT IS SO ORDERED**.
4    Dated:  December 16, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge