# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JEANNETTE KRESSLY<br><br>   Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 3:21-cv-01952-DEB<br><br>ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>DKT. NO. 16 |

Before the Court is the parties' Joint Motion for the Award of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 ("Motion"). Dkt. No. 16. The Court GRANTS the Motion and awards Plaintiff attorneys fees in the amount of $1,900.00, pursuant to 28 U.S.C. § 2412(d), and costs in the amount of $402.00, pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  February 3, 2023

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

-1-